IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DALE ALONZO COPEMAN,

    Plaintiff,

v.                              CASE NO. 1:11cv47-SPM/GRJ

WARREN CREWS, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 5) dated March 17, 2011. Plaintiff was furnished a copy, and has filed objections (doc. 6).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. Plaintiff's complaint does not state a valid claim for relief. Accordingly it is

ORDERED AND ADJUDGED:

1.    The report and recommendation (doc. 5) is adopted and incorporated by reference in this order.

2.    The motion to proceed in forma pauperis (doc. 3) is denied.

3.    This case is dismissed as frivolous and for failure to state a claim

for relief.

DONE AND ORDERED this 28th day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge